IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JEFFERY D. SHORES,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4142

_____/

Opinion filed April 3, 2017.

An appeal from the Circuit Court for Nassau County.
Robert M. Foster, Judge.

Jeffery D. Shores, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Julian E Markham, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

B.L. THOMAS, RAY, and KELSEY, JJ., CONCUR.